## (October 19, 1942.)

SUE DUBESHTER, Doing Business as SPEED OIL SERVICE, Respondent, v. LIFE-LUBE OIL CORP. et al., Appellants, Impleaded with Another.—

Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

VICTOR F. FERRARI, Respondent, v. THE GREENPOINT SAVINGS BANK, Appellant, Impleaded with Another.— Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Will of MARVIN D. BUTTLES, Deceased. In the Matter of MARVIN D. BUTTLES, JR., et al., as Executors and Trustees, Respondents. NANA H. BUTTLES and JOHN C. GIBBONS, Appellants; PAUL V. BUTTLES, JANE G. CHAMP, and THOMAS R. FAY, as Special Guardian, Respondents.— Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

In the Matter of LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent. JOSEPH P. DAY et al., as Trustees, Appellants. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of RAYMOND J. ROTH.— Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.